UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPH LENTINE, III, | Case No. 1:16-cv-646 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Stephanie K. Bowman |
| CHASE BANK, *et al.*, | |
| Defendants. | |

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 32) AND TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and on April 10, 2017, submitted a Report and Recommendations. (Doc. 32). Plaintiff did not file any objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly:

    1.    The Report and Recommendations (Doc. 32) is **ADOPTED**; and

2. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 5/12/17

*Timothy S. Black*
Timothy S. Black
United States District Judge